# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

HellermannTyton Data Limited

                              Plaintiff,

v.                                                         Case No.: 1:14–cv–10500

                                                                Honorable Rebecca R. Pallmeyer

Leviton Manufacturing Co., Inc.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 10, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held and continued to 4/27/2015 at 9:00 a.m. in courtroom 2141. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.