AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-16-15 |
| NAME OF SERVER (PRINT) William S. Maseroni | TITLE V.P. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Corporation - Substitute Service on Ann Wilkinson - Legal Dept. Employee F/W/55-60 - 125 lbs - 5'6" - Eye glasses, Red Hair 0915 hrs 4/16/15 @ 201 N. Service Rd, Melville, NY 11747

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Process Service/Printing | 103.98 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/15
Date

Signature of Server: William Maseroni

Address of Server:
WRM Security Services Inc.
87 High Meadow Lane
Riverhead, NY 11901

Patricia A. Walsh
Notary Public, State of New York
No. 01WA5069067
Qualified in Suffolk County
Commission Expires 11-12-18

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

COUNTY OF SUFFOLK, NY

**Plaintiff / Petitioner:**
Hellerman Tyton Data Limited

**Defendant / Respondent:**
Leviton Manufacturing Co., Inc.

**AFFIDAVIT OF SERVICE**

Index No:
14 C 10500

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 87 High Meadow Lane Riverhead, NY 11901

That on Thu, Apr 16 2015 AT 09:17 AM AT 201 N. Service Road, Melvile, NY 11747 deponent served the within Summons In a Civil Case (1) page -Dated January 3, 2015 (Received Apr 15, 2015 at 4:30pm), Civil Cover Sheet- Case 1:14-cv-10500 (Received Apr 15, 2015 at 4:30pm), Complaint -(6) pages (Received Apr 15, 2015 at 4:30pm), Exhibits 1-10 (Received Apr 15, 2015 at 4:30pm), Repot to USPTO with Exhibits -Case 1:14-cv-10500 Document # 6 filed 1-15-15 page 1 of 21 pageid #46 (Received Apr 15, 2015 at 4:30pm) on Ann Wilinson- Legal Dept for Leviton Manufacturing Co, Inc. -Donald Hendler - CEO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** Leviton Manufacturing Co. Inc./Donald Hendler, CEO a defendant, therein named, by delivering a true copy of each to Ann Wilinson- Legal Dept. Employee personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Donald Hendler- CEO thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to a person of suitable age and discretion. The defendant is not in the military service.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at @ @ @

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, , New York, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United Stated Post Office, department, with New York State. Mailed on

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55-60    Ethnicity: Caucasian    Gender: Female    Weight: 125
Height: 5'6"  Hair: Red               Eyes: Unk         Relationship: Other
Other: Legal Department Official. Authorized to accept legal documents Additional Description- Eye Glasses

Sworn to before me on April 16, 2015

William Maseroni

Notary Public

PATRICIA A. WALSH
Notary Public, State of New York
No. 01WA5069067
Qualified in Suffolk County
Commission Expires 1/12/18