IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HellermannTyton Data Limited, | |
| Plaintiff, | Case No. 14-cv-10500 |
| v. | Judge Rebecca Pallmeyer |
| Leviton Manufacturing Co., Inc., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff HellermannTyton Data Limited hereby voluntarily dismisses all claims in the present action with prejudice and without costs.

Dated this __15th__ day of June, 2015.

Respectfully submitted,

| RYAN KROMHOLZ & MANION, S.C. | STAES & SCALLAN, P.C. |
|---|---|
| By: /s/ Melissa S. Hockersmith | By: _____ |
| Joseph A. Kromholz (WI Bar No. 1002464) | Andrew T. Staes |
| Melissa S. Hockersmith (WI Bar No. 1030361) | Stephen D. Scallan |
| P.O. Box 26618 | 111 W. Washington Street |
| Milwaukee, Wisconsin 53226-0618 | Suite 1631 |
| Telephone: (262) 783-1300 | Chicago, IL 60602 |
| Facsimile: (262) 783-1211 | Telephone: 312-201-8969 |
| Email: mhockersmith@rkmiplaw.com | Facsimile: 312-201-9233 |

Attorneys for HellermannTyton Data Limited

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was served on counsel for Defendant via U.S. Postal Service First Class Mail to the following address:

> Meir Y. Blonder
> Leviton Manufacturing Co., Inc.
> 201 N. Service Rd – 4th Fl
> Melville, NY 11747-3138

on this 15th day of June, 2015.

Andrew T. Staes

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1631
Chicago, IL 60602
Tel: 312-201-8969
Fax: 312-201-9233

2